# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### Lynchburg (Charlottesville) Division

In re:                                         |
    Karen Lorraine Helton              |    Case No. 11-60126
                                               |    Chapter 13
    Debtor                             |
                                               |

## DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE

Comes now the Debtor, Karen Lorraine Helton, by counsel, pursuant to 11 U.S.C. § 1307(b), and she hereby voluntarily moves this Honorable Court to dismiss her Chapter 13 case, without prejudice. In support thereof, the Debtor further states as follows:

1. The Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on January 18, 2011.

2. This case has not been converted to a Chapter 13 case under 11 U.S.C. §§ 706, 1112, or 1208.

Wherefore, the Debtor prays that this Honorable Court dismiss her Chapter 13 case.

Dated: August 17, 2011          By:     /s/ John P. Goetz
                                        John C. Morgan, VSB # 30148
                                        John P. Goetz, VSB # 78514
                                        John Carter Morgan, Jr., PLLC
                                        98 Alexandria Pike, Suite 10
                                        Warrenton, Virginia 20186
                                        Phone: (540) 349-3232
                                        Facsimile: (540) 349-1278
                                        *Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 17th day of August, 2011, I will provide a copy of the foregoing Motion to Dismiss to all creditors listed on the Court's mailing matrix, the Chapter 13 trustee, and the United States Trustee.

                /s/ John P. Goetz
                 John P. Goetz